UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

MIN LI,

        Plaintiff,

   v.                                      Civil No. 4:24cv59

ALONZO LONNIE BRISTOL, III,

        Defendant.

## ORDER

Before the Court is an Order and Report and Recommendation issued by Magistrate Judge Lawrence R. Leonard on May 6, 2025. Order/Report & Rec., ECF No. 30. Therein, Judge Leonard, having held a hearing on the matter on May 5, 2025, denied Defendant's Motion to Stay Discovery (ECF No. 24) insofar as it requested a stay, a protective order, or a court determination of whether Plaintiff's counsel had a conflict of interest. Order/Report & Rec. at 2, 3, ECF No. 30.

However, the Motion to Stay Discovery also requested, in addition to the above-referenced relief, dispositive relief in the form of dismissal of the case. *See* Fed. R. Civ. P. 72(b) (requiring magistrate judges to "enter a recommended disposition, including, if appropriate, proposed findings of fact" when referred dispositive matters). Therefore, pursuant to Federal Rule of Civil Procedure 72(b), Judge Leonard issued a Report and Recommendation to address the potentially dispositive portion of Defendant's Motion, recommending "that Defendant's alternative request that the case

1

be dismissed with prejudice be DENIED." Order/Report & Rec. at 3, ECF No. 30. By copy of the Report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within 14 days from the date of mailing of the report. *Id.* at 3–4.

The Court has received no objections to the report, and the time for filing the same has expired. "[I]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72, Advisory Committee's Note). Finding no clear error, the Court does hereby accept the findings and recommendations set forth in the Report and Recommendation by Judge Leonard.

Accordingly, the Report and Recommendation (ECF No. 30) is **ADOPTED**. For the reasons stated therein, Defendant's request that this case be dismissed with prejudice is **DENIED**. The Clerk is **REQUESTED** to provide a copy of this Order to all parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

May 22, 2025
Norfolk, Virginia